## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

      v.

                               Crim. No. 06-484 (KSH)

PAMELA CRUZ,

          Defendant.

                                 **ORDER**

**Katharine S. Hayden, U.S.D.J.**

      **THIS MATTER** having come before the Court on the application of defendant Pamela Cruz ("Cruz") to proceed *in forma pauperis* ("IFP") (D.E. 18); her IFP application having been filed in the within closed criminal case without an associated pleading or request for relief; Cruz having filed a habeas corpus petition pursuant to 28 U.S.C. § 2255, which was assigned to the undersigned as civil action no. 08-1644; and good cause appearing for the entry of this order,

      **IT IS** on this 1st day of May, 2008 hereby

      **ORDERED** that defendant's application to proceed *in forma pauperis* (D.E. 18) is **denied** as moot.

                         /s/Katharine S. Hayden

                         Katharine S. Hayden, U.S.D.J.