PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Pamela Cruz       Cr.: 2:06CR00484-1
     PACTS #: 45559

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden,
     Senior United States District Court Judge

Date of Original Sentence: October 4, 2006

Original Offense: Theft/Embezzlement/Misapplication by Bank Officer

Original Sentence: 51 months imprisonment, 36 months supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: September 8, 2010

## STATUS REPORT

**U.S. Probation Officer Action:**

On October 4, 2006, the offender was sentenced by Your Honor to fifty-one months imprisonment and three years supervised release. The following special conditions were imposed: DNA testing, financial disclosure, no new debt and an employment restriction, no employment was to be allowed in the banking field. She was also ordered to pay a $100 special assessment and $1,122,518.62 restitution.

Ms. Cruz currently resides in South Amboy, NJ. She has been employed with Marketing Plus since May, 2010. We believe that Ms. Cruz has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $13,750.59 towards her obligation. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Cruz's term of supervision to expire as scheduled on September 7, 2013.

Respectfully submitted,

By: Paul Choinski
U.S. Probation Officer
Date: August 6, 2013

***No Response is necessary unless the court directs that additional action be taken as follows:***

[X] Concur with the recommendation of the U.S. Probation Office. Case to expire on September 7, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

8/6/2013
_____
Date